<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>TUESDAY, DECEMBER 10, 2013</u>

<u>Coram</u>: MCKEE, Chief Judge, FUENTES and CHAGARES, Circuit Judges

<u>No. 13-1408</u>

ALEXANDER L. MENKES;
STEPHEN WOLFE, individually
and on behalf of all others
similarly situated.
Appellants
v.
PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a
New Jersey corporation
QINETIQ NORTH AMERICA
OPERATIONS, LLC, a
Delaware corporation, et al.

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| ANDREW P. BELL | HILARY RICHARD<br>[Prudential Ins. Co. of Amer]<br>(10 minutes per Court) |
|  | SCOTT B. SMITH<br>[QinetiQ N.A. Ops., et al.]<br>(5 minutes per Court) |
| (15 minutes per Court) | (15 minutes Total per Court) |

_____

<u>No. 12-4457</u>

SHAMOKIN FILLER COMPANY, INC.,
Petitioner
v.
FEDERAL MINE SAFETY AND
HEALTH REVIEW
COMMISSION; et al.
Respondents

| <u>Counsel for Petitioner</u> | <u>Counsel for Respondents</u> |
|---|---|
| ADELE L. ABRAMS | SARA L. JOHNSON |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED        TUESDAY, DECEMBER 10, 2013

Coram: MCKEE, Chief Judge, FUENTES and CHAGARES, Circuit Judges

S U B M I T T E D

No. 11-2487
Pursuant to 3rd Cir. LAR 34.1(a)

JACOB S. ADAMS, JR.,
           Appellant
v.
UNITED STATES OF AMERICA
_____

No. 13-1244
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
RONALD IAN BOATWRIGHT

Ronald Boatwright,
           Appellant
_____

No. 13-1444
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
LAMONT HUNTER,
           Appellant
_____

No. 13-1738
Pursuant to 3rd Cir. LAR 34.1(a)

JOSEPH CONSONERY, JR.
v.
WARDEN JOSEPH
W.PELZER; et al.
           Appellants

PAGE THREE – CONTINUED			TUESDAY, DECEMBER 10, 2013

Coram: MCKEE, Chief Judge, FUENTES and CHAGARES, Circuit Judges

S U B M I T T E D

No. 13-1878
Pursuant to 3rd Cir. LAR 34.1(a)

RONNIE SUBER; et al.
v.
OFFICER WRIGHT; et al.

BONGAI MHLOYI;
JEREMIAH MHLOYI,
individually
and t/d/b/a "JB'S WEB",
			Appellants

———

No. 13-2361
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
JUSTIN THOMPSON,
			Appellant